1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   JEAN MARC VAN DEN HEUVEL,              No.  2:22-cv-00249-DJC-JDP (PS)
12                  Plaintiff,
13          v.                              ORDER
14   WALMART SUPER STORE, et al.,
15                  Defendants.
16
17
18          On April 24, 2023, the Magistrate Judge filed findings and recommendations
19   herein which were served on the parties and which contained notice that any
20   objections to the findings and recommendations were to be filed within fourteen
     days.  No objections were filed.
21
            The Court presumes that any findings of fact are correct.  *See Orand v. United*
22
     *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law
23
     are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007)
24
     ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the
25
     district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds
26
     the findings and recommendations to be supported by the record and by the proper
27
     analysis.
28

Accordingly, IT IS HEREBY ORDERED that:

1.  The proposed Findings and Recommendations filed April 24, 2023, are ADOPTED;

2.  Plaintiff's first amended complaint, ECF No. 8, is dismissed without leave to amend; and

3.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **June 2, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE