## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JEAN MARC VAN DEN HEUVEL,**

CASE NO: **2:22–CV–00249–DJC–JDP**

v.

**WALMART SUPER STORE, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 06/05/23**

**Keith Holland**
Clerk of Court

ENTERED: **June 5, 2023**

by: /s/ A. Benson
Deputy Clerk